IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACQULYN DOPSON and
FRANKLIN DOPSON,

        Plaintiffs,

v.

        CASE NO.: 3:08 cv-1099-J-34JRK

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

_____/

## NOTICE OF REMOVAL OF DEFENDANT NCO FINANCIAL SYSTEMS, INC.

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant NCO Financial Systems, Inc. ("NCO"), hereby removes the above captioned civil action from the Circuit Court in and for Duval County, Florida, to the United States District Court for the Middle District of Florida, Jacksonville Division. The removal of this civil case is proper because:

    1.    Defendant is the only defendant in this civil action filed on October 20, 2008, in the Circuit Court in and for Duval County, Florida titled "*Jacqulyn and Franklin Dopson v. NCO Financial Systems, Inc.*" (hereinafter, the "State Court Action").

    2.    Defendant removes this case on the basis of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692 ("FDCPA"), as the Plaintiffs' Complaint claims relief based on abusive practices in violation of federal law.

3. Attached hereto as **Exhibit "A"** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

4. A copy of this Notice of Removal is being served upon Plaintiffs and filed concurrently with the Clerk of the Circuit Court in and for Duval County, Florida.

WHEREFORE, Defendant, NCO Financial Systems, Inc. hereby removes to this Court the State Court Action.

Respectfully Submitted,

_____
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Elizabeth Fite-Blanco, Esq.
Florida Bar No.: 0644439
Dayle M. Van Hoose, Esq.
Florida Bar No.: 016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida  33634
Telephone No.: (813) 890-2465
Facsimile No.: (813) 889-9757
kgrace@sessions-law.biz
eblanco@sessions-law.biz
dvanhoose@sessions-law.biz

Counsel for NCO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of November 2008 a copy of the foregoing document was sent via facsimile and U.S. Mail First Class to: William Peerce Howard, Esq., Morgan & Morgan, P.A., One Tampa City Center, 201 N. Franklin Street, 7th Floor, Tampa, FL 33602.

_____
Attorney

# EXHIBIT A

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, STATE OF FLORIDA
CIVIL DIVISION
(Jacksonville)

JACQULYN DOPSON and
FRANKLIN DOPSON,

    Plaintiffs,

-v-

NCO FINANCIAL SYSTEMS, INC.,

    Defendant

_____/

CASE NO.: 16-2008-CA-013848

DIV:

**DIVISION CV-E**

**SUMMONS**

DATE: 11-10-08   TIME: 1:20

**ERIC DEAL**   S.P.S. #336

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:
GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories, Request for Production, Request for Admissions and Notice for Taking Deposition Duces Tecum in the above styled cause upon the Defendant:

NCO FINANCIAL SYSTEMS, INC.
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

    Each Defendant is hereby required to serve written defenses to said Statement of Claim or petition on Plaintiff's attorney, whose name and address is:

WILLIAM PEERCE HOWARD, ESQUIRE
Of Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
813.223.5505
813.275.9295 F

within twenty (20) days after service of this Summons upon that Defendant exclusive of the

day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on  OCT 2 1 2008 , 2008.



Clerk of the Circuit Court

T. EDWARDS

JIM FULLER

By:_____
Deputy Clerk

---

In accordance with the American Disabilities Act, persons with disabilities needing special accommodations to participate in this proceeding should contact A.D.A. coordinator no later than seven (7) days prior to the proceeding at (813) 272-7040 or via Florida Relay Service at 1-800-955-8771.

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, STATE OF FLORIDA
CIVIL DIVISION
(JACKSONVILLE)

JACQULYN DOPSON and
FRANKLIN DOPSON,

        Plaintiffs,

-vs-

NCO FINANCIAL SYSTEMS, INC.,

        Defendant

_____/

CASE NO.: 16-2008-CA-013848

DIV.: CV-E

## PLAINTIFF, JACQULYN DOPSON'S FIRST SET OF INTERROGATORIES TO DEFENDANT, NCO FINANCIAL SYSTEMS, INC.
### NOTICE OF FILING

The Plaintiff, Jacqulyn Dopson, by and through undersigned counsel and pursuant to Rules 1.280 and 1.340 of the Florida Rules of Civil Procedure, propounds to Defendant, NCO Financial, the attached six (6) Interrogatories to be answered under oath and in writing within forty-five (45) days after service hereof or as the Court deems.

I HEREBY CERTIFY that a copy of the above document has been served upon the Defendant through Service of Process on its Registered Agent.

                                              William Peerce Howard, Esquire
                                              Morgan & Morgan, P.A.
                                              201 North Franklin, St., 7th Floor
                                              Tampa, Florida 33602
                                              813.223.5505 p
                                              813.275.9295 f
                                              FBN: 0103330
                                              Attorneys for the Plaintiff