IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACQULYN DOPSON and
FRANKLIN DOPSON,

        Plaintiffs,

                                  CASE NO.: 3:08-cv-01099-MMH-JRK

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc. ("Defendant" or "NCO"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that it and plaintiffs have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing the written settlement agreement and release. Upon execution of a mutually agreeable settlement agreement and release, the parties will execute and file the appropriate dismissal documents.

Submitted this 30th day of March 2009.

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2009, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

William Peerce Howard, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

                                                          /s/ Kenneth C. Grace - 0658464
                                                          Attorney