**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JACQULYN DOPSON and
FRANKLIN DOPSON,

          Plaintiffs,

-vs-                                  Case No. 3:08-cv-1099-J-34JRK

NCO FINANCIAL SYSTEMS, INC.,

          Defendant.
_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On March 31, 2009, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 22; Order) at 2. The Court also provided that the parties shall have until May 29, 2009, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. at 1. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by May 29, 2009, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate any previously scheduled deadlines and pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of June, 2009.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record